Phillip H. Stanfield, Bar #011729
David L. Stout, Jr., Bar #024857
Nicolas T. Martino, Bar #034746
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7877
pstanfield@jshfirm.com
dstout@jshfirm.com
nmartino@jshfirm.com

Attorneys for Defendant RRR Transportation Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephen Nobles, individually,<br><br>Plaintiff,<br><br>v.<br><br>Mark Holmes and Sandra Ann Smith Holmes, husband and wife; RRR Transportation Company, a foreign corporation; Does I-X; ABC Corporations I-X; XYZ Partnerships I-X; Sole Proprietorships and/or Joint Ventures I-X,<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL** |

Defendant RRR Transportation Company ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal of an Arizona State Court action against it to the United States District Court for the District of Arizona and state as follows:

**PROCEDURAL HISTORY**

On or about April 28, 2020, an action was commenced against Defendant in the Superior Court of the State of Arizona, in and for the County of Coconino, under the case number S0300CV202000185. Copies of the pleadings so far filed in the State Court action are attached as Exhibit A.

-1-

On May 19, 2020, Defendant RRR Transportation Company's statutory agent was served regarding the above-mentioned action.

Defendants Mark Holmes and Sandra Ann Smith Holmes have not yet been served.

## TIMELINESS OF REMOVAL

Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

This Notice of Removal is filed within 30 days after the Complaint was served and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

A Notice of Filing Notice of Removal was filed with the Superior Court in and for Coconino County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit B.

## BASIS OF REMOVAL

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

Plaintiff claims personal injuries as a result of Defendants' alleged liability. While Plaintiff has not yet claimed or asserted a specific amount of medical specials, Plaintiff has characterized the action as a Tier 3 under the Arizona Rules of Civil Procedure, which indicates Plaintiff's damages exceed $300,000. Additionally, Plaintiff is claiming compensatory damages. Accordingly, Defendant believes Plaintiff's claim exceeds the sum of $75,000.

Defendant RRR Transportation Company is a Georgia corporation with its principal place of business in Calhoun, Georgia. Accordingly, Defendant RRR

Transportation Company is a citizen of Georgia.

Defendant Mark Holmes is a resident of, and is domiciled in, Calera, Alabama. Accordingly, Defendant Mark Holmes is a citizen of Alabama.

Defendant Sandra Ann Smith Holmes is a resident of, and is domiciled in, Calera, Alabama. Accordingly, Defendant Sandra Ann Smith Holmes is a citizen of Alabama.

Plaintiff Stephen Nobles is believed to be a resident of, and is domiciled in, Fontana, California. Accordingly, Plaintiff Nobles is therefore believed to be a citizen of California.

Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. Defendant RRR Transportation Company, the only served defendant at this time, consents to the removal of this action.

By filing this Notice of Removal, Defendant does not waive, but rather expressly reserves, all rights, defenses, and objections of any nature that it may have to Plaintiff's claims.

WHEREFORE, Defendant respectfully requests this action be removed to this Court.

DATED this 16th day of June 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Phillip H. Stanfield
David L. Stout, Jr.
Nicolas T. Martino
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant RRR
Transportation Company

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

/s/ S.Coffey

-4-

PLEADING TITLE (CASE NO.)