1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Phillip H. Stanfield, Bar #011729
David L. Stout, Jr., Bar #024857
Nicolas T. Martino, Bar #034746
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7877
pstanfield@jshfirm.com
dstout@jshfirm.com
nmartino@jshfirm.com

Attorneys for Defendants Mark Holmes,
Sandra Ann Smith Holmes, and RRR
Transportation Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Nobles, individually,<br><br>Plaintiff,<br><br>v.<br><br>Mark Holmes and Sandra Ann Smith Holmes, husband and wife; RRR Transportation Company, a foreign corporation; Does I-X; ABC Corporations I-X; XYZ Partnerships I-X; Sole Proprietorships and/or Joint Ventures I-X,<br><br>Defendants. | NO. 3:20-cv-08145-SMB<br><br>**NOTICE OF SERVICE OF DEFENDANTS' FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** |

Defendants Mark Holmes, Sandra Ann Smith Holmes and RRR Transportation Company, by and through undersigned counsel, provide notice to the court and counsel they have this date served the following upon Plaintiff's counsel by U.S. mail/email.

- Defendants' First Set of Non-Uniform Interrogatories to Plaintiff.

- Defendants' First Set of Requests for Production of Documents to Plaintiff.

8553061.1

-1-

PLEADING TITLE (CASE NO.)

DATED this 30ᵗʰ day of October 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Phillip H. Stanfield
David L. Stout, Jr.
Nicolas T. Martino
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Mark Holmes,
Sandra Ann Smith Holmes, and RRR
Transportation Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 30ᵗʰ day of October 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Galen H. Satterlee, Esq.
C.J. Gibbs, Esq.
SATTERLEE GIBBS PLLC
3133 W. Frye Road, Suite 101
Chandler, Arizona 85226

AND

Clark H. Fielding, Esq.
FIELDING LAW, APC
18575 Jamboree Road, Suite 600
Irvine, California 82612
Attorneys for Plaintiff

/s/ S Coffey
_____

8553061.1

-2-

PLEADING TITLE (CASE NO.)